**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL D. BLAIR,

    Plaintiff,

v.                                                Case No. 8:07-CV-1781-T-30MSS

JIM COATES, et al.

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Petition for Leave to Proceed Forma Pauperis (Dkt. 28) in which Plaintiff seeks to proceed on appeal *in forma pauperis*, and his Affidavit in Support of Petition (Dkt. 29). Plaintiff filed a timely notice of appeal of this Court's decision dismissing his §1983 complaint (Dkt. 27).

Having determined that Plaintiff's complaint failed to state a claim against any of the defendants named therein, the Court entered an order dismissing his civil rights complaint on January 15, 2008 (Dkt. 19). The Court finds that this appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3), and thus Plaintiff is not entitled to appeal as a pauper.

Accordingly, the Court **ORDERS** that Plaintiff's request to proceed on appeal *in forma pauperis* (**Dkt. 28**) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on February 22, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*